UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LIGHTWATER CORP. LTD.,

                Plaintiff,

    – against –

THE REPUBLIC OF ARGENTINA,

                Defendant.

------------------------------------------------------------x

OLD CASTLE HOLDINGS, LTD.,

                Plaintiff,

    – against –

THE REPUBLIC OF ARGENTINA,

                Defendant.

------------------------------------------------------------x

02 Civ. 3804 (TPG)

**ORDER**

**FILED UNDER SEAL**

02 Civ. 3808 (TPG)

      On March 20, 2009, the court signed an Order to Show Cause, which was proposed by plaintiffs, authorizing plaintiffs to issue restraining notices to garnishees holding property of Aerolineas Argentinas, S.A. During the ex parte hearing with plaintiffs regarding the order, the court decided to strike a provision authorizing plaintiffs to deliver Writs of Execution to the U.S. Marshals Service. In reviewing the order immediately after the hearing, however, the court reconsidered this decision. The final version of the order delivered to plaintiffs therefore

provides that plaintiffs may deliver Writs of Execution to the Marshals, but that the Marshals may not serve the Writs until further order of the court.

In a letter to the court dated March 26, 2009, the Republic of Argentina has asked the court to rescind its authorization of the delivery of the Writs to the Marshals, in accordance with the court's comments during the hearing. For the reasons stated above, the Republic's request is denied.

The Clerk of the Court is directed to file this order under seal, and to strike from the dockets of these cases the entries dated March 25, 2009, regarding the issuance of the Writs of Execution.

SO ORDERED.

Dated: New York, New York
       March 27, 2009

*Thomas P. Griesa* (signature)

Thomas P. Griesa
U.S.D.J.